# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Lloyd Anthony Andrews
  Plaintiff

V.

Southern Court Transcripts, et al.

  Defendant

RECEIVED
2007 SEP 25 A 9:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07-CV-856-MHT

I, __Lloyd Anthony Andrews__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Childersburg Work Release Center__
   Are you employed at the institution? __YES__   Do you receive any payment from the institution? __NO__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☐ No
   b. Rent payments, interest or dividends   ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☐ No
   d. Disability or workers compensation payments   ☐ Yes   ☐ No
   e. Gifts or inheritances   ☑ Yes   ☐ No
   f. Any other sources   ☐ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

1. EVERY SO OFTEN MY MOTHER WILL SEND ME SOME MONEY WHEN SHE CAN AFFORD TO. SHE IS RETIRED AND ON A FIXED INCOME. I don't KNOW WHEN SHE WILL SEND ME MORE MONEY, WHAT SHE SENDS IS A gift AND tHERE IS NO GUARENTEE THAT SHE WILL BE ABLE TO SEND ANYMORE.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Lloyd A. Andrews II - Son       Support = 0 $
   Chanel L. Andrews - Daughter    Support = 0 $

I declare under penalty of perjury that the above information is true and correct.

9-12-07                    Lloyd Anthony Andrews
Date                       Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                         STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                    ELMORE CORRECTIONAL FACILITY


   AIS #: 244784      NAME: ANDREWS,LLOYD              AS OF: 09/18/2007

                    # OF        AVG DAILY         MONTHLY
          MONTH     DAYS        BALANCE           DEPOSITS
   ------------------------------------------------------------------

           SEP       12         $26.22              $0.00
           OCT       31        $134.24            $300.00
           NOV       30         $40.60              $0.00
           DEC       31         $37.04            $240.00
           JAN       31         $99.73              $0.00
           FEB       28         $26.81              $5.75
           MAR       31          $0.44              $0.00
           APR       30          $0.07              $0.00
           MAY       31          $0.07              $0.00
           JUN       30         $19.54            $100.00
           JUL       31          $0.00              $0.00
           AUG       31          $0.00              $0.00
           SEP       18          $0.00              $0.00
```

CHILDERSBURG COMMUNITY WORK CEN

AIS #: 244784        NAME: ANDREWS LLOYD                    AS OF: 09/19/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| SEP | 11 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $4.02 | $40.24 |
| JUL | 31 | $2.82 | $0.00 |
| AUG | 31 | $6.30 | $50.00 |
| SEP | 19 | $24.07 | $0.00 |

CHILDERSBURG CWC/CBF/DRU
P.O. BOX 368
CHILDERSBURG, AL 35044

*Stephanie Harris*
Account Clerk