**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Southern Court Transport
108 E. Troy St.
Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Mary C Ross    ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

MARY C ROSS    10-3

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:07cv856-MHT

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0000 0024 9889

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ricky Stokes
108 E. Troy Street
Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Mary C Ross    ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

MARY C Ross    10-3

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:07cv856-MHT

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0000 0024 9896

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

T.B. Snell
108 E. Troy Street
Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Mary C Ross    ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

MARY C ROSS    10-3

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:07cv856-MHT

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0000 0024 9872

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540