IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION


LLOYD ANOTHONY ANDREWS      *
(AIS# 244784),              *
                            *
        Plaintiff,          *
                            *
v.                          *       CIVIL ACTION NO.
                            *       1:07cv856-MHT
SOUTHERN COURT TRANSPORT, et al., *
                            *
        Defendants.         *


## DEFENDANTS' MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Defendants, Southern Court Transport, Ricky Stokes, and T.B. Snell and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by thirty (30) days up to and including December 12, 2007.  As grounds for this Motion, Defendants show to the Court as follows:

1.      Due to the number of parties sued, and unavoidable scheduling conflicts, counsel has been unable to meet with these Defendants in order to defend their interests in this matter.

2.      This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted,


*s/ F. Chadwick Morriss*
F. CHADWICK MORRISS (ASB-8504-S75F)
STEPHEN P. DEES (ASB-6182-T82D)
Attorneys for Southern Court Transport, Ricky
Stokes, and T.B. Snell

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:  (334) 206-3100
Facsimile:  (334) 262-6277
Email:  fcm@rsjg.com (Morriss)
E-mail: sdees@rsjg.com (Dees)


## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  **Gary Clayborn Sherrer,** and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Lloyd Andrews AIS# 224784
Bay 3, #13-B
Post Office Box 368
Childersburg, Alabama 35044


*s/ F. Chadwick Morriss*
Of Counsel