IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LLOYD ANTHONY ANDREWS,<br>AIS # 244784<br><br>     Plaintiff,<br><br>v.<br><br>SOUTHERN COURT TRANSPORT, et al.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:07-CV-856-MHT<br>)<br>)<br>)<br>) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendants Stokes, Snell and Southern Court Transport on November 7, 2007 (Court Doc. No. 9), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the aforementioned defendants be GRANTED an extension from November 6, 2007 to and including December 12, 2007 to file their special report and answer.

Done this 8th day of November, 2007.

                    /s/  Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES MAGISTRATE JUDGE