IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LLOYD ANTHONY ANDREWS, AIS # 244784 | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:07-CV-856-MHT |
| v. | ) ) ) | |
| SOUTHERN COURT TRANSPORT, et al., | ) ) | |
| Defendants. | ) | |

## MOTION FOR APPOINTMENT OF COUNSEL

**COMES NOW** your plaintiff Lloyd Anthony Andrews in the above-styled cause and moves this court to allow him appointment of counsel in this proceeding. In support thereof the following is shown:

1. The Non-Criminal Justice Act Counsel Appointments, (b)(1) reads in pertinent part: "Any person seeking relief under ... 42 U.S.C. 1983 ... may be eligible for representation. The court may approve such representation on a determination that the interests of justice so require and that the person is financially unable to obtain representation."

2. In the instant case, Andrews is indigent and was allowed to proceed *in forma pauperis* in the filing of this complaint. Thus, he is unable to financially afford representation of counsel. Moreover, there are at present two defendants, and Andrews has moved the court to add a third defendant. One of the defendants, Houston County, Alabama, has filed an answer containing fifty-two defenses to Andrews complaint. Andrews is untrained and unlearned in the law and has heretofore been acting *pro se*. Although he has had the assistance of an inmate law clerk, that clerk is not experienced in civil suits. As such, Andrews would be at an extreme disadvantage were he to continue to proceed without counsel. Therefore, the "interests of justice so require" that he be appointed counsel.

**WHEREFORE**, the above being considered, the plaintiff prays that this court will grant the foregoing request.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of this motion has been served by placing same in the prison mailbox, first class postage prepaid and thusly addressed:

Sherrer, Jones & Terry, P.C.  
Attorneys at Law  
335 West Main Street  
Dothan, AL   36301

Southern Court Transport  
109 E. Adams St.  
Dothan, AL   36302

Respectfully Submitted,

*Lloyd A. Andrews*
Lloyd Anthony Andrews
AIS # 244784  B-3  13-B
ADOC  WR  CHILDERSBURG
Childersburg  WR / CWC
P.O. Box 368
Childersburg, AL   35044-0368

November 13, 2007