IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Lloyd A. Andrews #244784 )
Full name and prison number )
of plaintiff(s) )
 )
v. )    CIVIL ACTION NO. 1:07-CV-856-MHT
Southern Court Transport )   (To be supplied by Clerk of
Sheriff of Houston County )    U.S. District Court)
Ricky Stokes )
T.B. Snell )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Childersburg Work Release / CWC Childersburg, AL*

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED *Houston County Jail Dothan, AL*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. *Southern Court Transport  109 E. Adams St. Dothan, AL 36302*
2. *Sheriff of Houston County  114 N. Oates St. Dothan, AL. 36302*
3. *Ricky Stokes  109 E. Adams St. Dothan, AL. 36302*
4. *T.B. Snell  109 E. Adams St. Dothan, AL. 36302*
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *April 11, 2006*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *(See Attached Statement)*

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____

_____

_____

_____

_____

GROUND TWO: (See Attached Statement)

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: (See Attached Statement)

SUPPORTING FACTS: _____

_____

_____

_____

_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like the Court to seek damages in the Amount totaling $1,350,000.00 dollars from said defendants. Also a copy of the police report on the day that this incident occured.

*Lloyd Anthony Andrews*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on November 13, 2007.
(Date)

*Lloyd Anthony Andrews*
Signature of plaintiff(s)

4

On April 11, 2006, myself along with five other inmates were being transfered from Houston County Jail in Dothan, Alabama to Kilby Correctional Facility for processing. Southern Court Transport services owned by Ricky Stokes, also the owner of A-Advantage Bonding Co. are the people that were contracted by Houston County Jail for transporting us to Kilby for processing. We were being transported in a Expedition that I am sure of is a privately owned vehicle belonging to one of Mr. Stokes employee's. We were traveling North on highway 231 at a very high rate of speed. We were traveling in the passenger lane at a speed of approximately 90 to 95 miles an hour. The driver of the transport vehicle, Mr. T.B Snell was trying to pass another vehicle traveling in the northbound driver's lane on highway 231. Mr. Snell attempted to pass this vehicle and was unsuccessful in his first attempt. The driver of the other vehicle would not allow Mr. Snell to pass him and began speeding up and blocking his path of entry into the driver's lane. Mr. Snell then again tried this manuver once more, he attempted to gain entry into the driver's lane and the driver of the other vehicle sped up and blocked Mr. Snell's entry into the lane. To avoid hitting the vehicle in the driver's lane, Mr. Snell jerked the vehicle back into the passenger's lane. Upon doing this he struck a mini-van in the rear left quater-panel that was traveling in the same lane we were in. When

Mr. Snell struck the mini-van both vehicles became inter-locked in a series of twist and turns. I was seated directly behind the driver Mr. Snell and felt the vehicle start to turn on two wheels. As both vehicles were still in a series of twist and turns, the vehicle that Mr. Snell struck broke free and abruptly crossed the path of the vehicle we were traveling in causing us to land back on all four wheels. When the vehicle landed back on all fours, the vehicle landed with great force, thus slamm- ing me into the rear door located behind the driver's seat. This caused injury to my left shoulder and left hip. When we were loaded into the transport vehicle we were not put into any type of safety restraints. We were also shackled in handcuffs that were connected to to our waist and our ankles were also chained as well. Mr. Snell put my life as well as the other occupants in grave danger due to his negligence and irrational judgement while operating a motor vehicle at such an extreme high rate of speed. After the accident was over, a Ozark police officer arrived on the scene of the accident and informed the driver of our vehicle that we were just outside of his jurisdiction and had to wait on the State Police to arrive on the scene. Before the State Police could arrive on the scene, Mr. Ricky Stokes arrived at the scene of the accident and transfered myself and the other inmates into his vehicle and left the scene of the accident before the State Police could arrive. I informed Mr.

Stokes that I had been injured and needed medical attention and he stated to me that I could be seen by a doctor when we arrived at Kilby. Since the accident, I suffer from a great deal of pain everyday in my left hip and left shoulder. Therefore, I would like to seek damages in the amount of $1,350,000.00 dollars. Thus follows;

    Punitive Damages - $250,000.00

    Negligence - $250,000.00

    Personal Injury - $500,000.00

    Compensation for future medical expenses - $350,000.00

    total damages - $1,350,000.00 dollars