IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LLOYD ANTHONY ANDREWS, <br> AIS #244784, <br><br> **Plaintiff,** <br><br> v. <br><br> SOUTHERN COURT TRANSPORT, <br> HOUSTON COUNTY, AL, <br> RICKY STOKES, and T.B. SNELL, <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 1:07-CV-856-MHT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendant, Houston County Sheriff, Andy R. Hughes.

Dated this 5th day of December, 2007.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Houston County Sheriff, Andy R. Hughes

OF COUNSEL
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon Lloyd Anthony Andrews, #224784, Bay 3, #13-B, Post Office Box 368, Childersburg, Alabama 35044, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 5th day of December, 2007.

s/Gary C. Sherrer
OF COUNSEL