IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LLOYD ANTHONY ANDREWS, AIS #244784, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-856-MHT ) |
| SOUTHERN COURT TRANSPORT, HOUSTON COUNTY, AL, RICKY STOKES, T.B. SNELL, and HOUSTON COUNTY SHERIFF, | ) ) ) ) ) |
| Defendants. | ) ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Houston County, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Gary C. Sherrer of Sherrer, Jones & Terry, P.C. | Attorney for Defendant |
| Patrick B. Jones, III of Sherrer Jones & Terry, P.C. | Attorney - Member of firm |
| D. Lewis Terry, Jr. of Sherrer Jones & Terry, P.C. | Attorney - Member of firm |
| Houston County | Houston County, Alabama Defendant |

Dated this 7th day of December, 2007.

s/Gary C. Sherrer  
GARY C. SHERRER (SHE016)  
Attorney for Above-Referenced Defendant

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon Lloyd Anthony Andrews, #224784, Bay 3, #13-B, Post Office Box 368, Childersburg, Alabama 35044, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 7th day of December, 2007.

s/Gary C. Sherrer  
Of Counsel