IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LLOYD ANOTHONY ANDREWS <br> (AIS# 244784), <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN COURT TRANSPORT, et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:07cv856-MHT |

## DEFENDANT RICKY STOKES' CONFLICT DISCLOSURE STATEMENT

In accordance with the order if this Court, **RICKY STOKES**, Defendant in the above captioned matter, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. This party is an individual.

                                        Respectfully submitted,

                                        *s/ Stephen P. Dees*
                                        F. CHADWICK MORRISS (ASB-8504-S75F)
                                        STEPHEN P. DEES (ASB-6182-T82D)
                                        Attorneys for Southern Court Transport, Ricky Stokes, and T.B. Snell

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100

Facsimile: (334) 262-6277
Email: fcm@rsjg.com (Morriss)
E-mail: sdees@rsjg.com (Dees)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **Gary Clayborn Sherrer,** and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Lloyd Andrews AIS# 224784
Bay 3, #13-B
Post Office Box 368
Childersburg, Alabama 35044

*s/ Stephen P. Dees*
Of Counsel