IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LLOYD ANOTHONY ANDREWS (AIS# 244784), | * * * |
| Plaintiff, | * * |
| v. | *   CIVIL ACTION NO. *   1:07cv856-MHT |
| SOUTHERN COURT TRANSPORT, et al., | * * |
| Defendants. | * |

### DEFENDANT SOUTHERN COURT TRANSPORT'S CONFLICT DISCLOSURE STATEMENT

In accordance with the order if this Court, **SOUTHERN COURT TRANSPORT**, Defendant in the above captioned matter, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Ricky Stokes | Owner |

Respectfully submitted,

*s/ Stephen P. Dees*
F. CHADWICK MORRISS (ASB-8504-S75F)
STEPHEN P. DEES (ASB-6182-T82D)

                                      Attorneys for Southern Court Transport, Ricky Stokes, and T.B. Snell

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Email: fcm@rsjg.com (Morriss)
E-mail: sdees@rsjg.com (Dees)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **Gary Clayborn Sherrer,** and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Lloyd Andrews AIS# 224784
Bay 3, #13-B
Post Office Box 368
Childersburg, Alabama 35044

                                        *s/ Stephen P. Dees*
                                        Of Counsel