IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LLOYD ANTHONY ANDREWS, ) | |
| AIS # 244784 ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 1:07-CV-856-MHT |
| v. ) | |
| ) | |
| SOUTHERN COURT TRANSPORT, et al., ) | |
| ) | |
| Defendants. ) | |

### RECONSIDERATION OF MOTION FOR APPOINTMENT OF COUNSEL

**COMES NOW** your plaintiff Lloyd Anthony Andrews in the above-styled cause and moves this court to allow him appointment of counsel in this proceeding. In support thereof the following is shown:

1. The Non-Criminal Justice Act Counsel Appointments, (b)(1) reads in pertinent part: "Any person seeking relief under ... 42 U.S.C. 1983 ... may be eligible for representation. The court may approve such representation on a determination that the interests of justice so require and that the person is financially unable to obtain representation."

2. In the instant case, Andrews is indigent and was allowed to proceed *in forma pauperis* in the filing of this complaint. Thus, he is unable to financially afford representation of counsel. Moreover, there are at present two defendants, and Andrews has moved the court to add a third defendant. One of the defendants, Houston County, Alabama, has filed an answer containing fifty-two defenses to Andrews complaint. Andrews is untrained and unlearned in the law and has heretofore been acting *pro se*. He does not have the assistance of an inmate law clerk any more. As such, Andrews would be at an extreme disadvantage were he to continue to proceed without counsel. Therefore, the "interests of justice so require" that he be appointed counsel.

3. In this case, said defendant's have filed a lengthy response in which they have cited case law, statutes, and included arguements. I am in no way capable of responding to this in a proper way that is required by the courts. They have also stated that I did not state specific constitutional violations. To my knowledge the form that I submitted to the court did not require me to state any specific constitutional violations. If I am wrong in any way what I have submitted to the court, would the court please allow me to properly correct that, that was wrong.

**WHEREFORE**, the above being considered, the plaintiff prays that this court will grant the foregoing request.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of this motion has been served by placing same in the prison mailbox, first class postage prepaid and thusly addressed:

Sherrer, Jones & Terry, P.C.  
Attorneys at Law  
335 West Main Street  
Dothan, AL  36301

Rushton, Stakely, Johnston & Garrett, P.A.  
Attorneys at Law  
184 Commerce Street  
Montgomery, Alabama  36101-0270

Respectfully Submitted,

Lloyd Anthony Andrews  
AIS # 244784  B-3  13-B  
ADOC  WR  CHILDERSBURG  
Childersburg  WR / CWC  
P.O. Box 368  
Childersburg, AL  35044-0368

December 26, 2007