IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LLOYD ANTHONY ANDREWS, | ) | |
| AIS # 244784 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07-CV-856-MHT |
| | ) | |
| SOUTHERN COURT TRANSPORT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the motion for reconsideration filed by the plaintiff on December 27, 2007 (Court Doc. No. 30), in which the plaintiff seeks reconsideration of the order entered on November 29, 2007 (Court Doc. No. 15) denying his motion for appointment of counsel, and as the court finds that the interests of justice do not require the appointment of counsel, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 7th day of January, 2008.

       /s/ Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES MAGISTRATE JUDGE