IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

| | |
|---|---|
| Lloyd Anthony Andrews, | |
| Petitioner, | Case No. 1:07-CV-856-MHT |
| VS. | |
| Southern Court Transport, et.al., | * |
| Defendants. | * |

### PETITIONER'S DEMAND FOR JURY TRIAL

**COMES NOW** your petitioner, Lloyd Anthony Andrews ("Andrews"), in the above-styled cause and submits a demand for a jury trial pursuant to Rule 38, F.R.Civ.P. In support thereof the following is shown:

1. Rule 38 allows a petitioner to demand a jury trial at the time of the filing of the initial complaint or no "later than 10 days after the service of the last pleading directed to the issue." Andrews' last pleading directed to the issue was filed on January 22, 2008, when it was turned over to prison officials for mailing. See Houston v. Lack, 487 U.S. 266 (1988)(pro se inmate's filings are counted as filed when turned over to prison officials for mailing).

2. Andrews hereby demands a jury trial on all issues contained within his initial complaint.

**WHEREFORE**, the above being considered, Andrews prays that the court will grant this request.

### DECLARATION UNDER PENALTY OF PERJURY

I do hereby declare that the foregoing is true and correct to the best of my knowledge and belief under the penalty for perjury. Executed on January 22, 2008.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of this motion has been served by placing same in the prison mailbox, first class postage prepaid and thusly addressed:

Sherrer, Jones & Terry, P.C.  
Attorneys at Law  
335 West Main Street  
Dothan, AL   36301

Rushton, Stakely, Johnston & Garrett, P.A.  
Attorneys at Law  
184 Commerce Street  
Montgomery, Alabama   36101-0270

Respectfully Submitted,

*Lloyd A. Andrews*  
Lloyd Anthony Andrews  
AIS # 244784  B-3  13-B  
ADOC  WR  CHILDERSBURG  
Childersburg  WR / CWC  
P.O. Box 368  
Childersburg, AL   35044-0368

January 22, 2008