IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LLOYD ANTHONY ANDREWS, <br> AIS # 244784 <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN COURT TRANSPORT, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) <br> ) 1:07-CV-856-MHT <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTIFICATION OF CHANGE OF ADDRESS

**Comes Now**, the plaintiff Lloyd Anthony Andrews in the above stlye cause and hereby notifies the court and all the above parties of change of address. Andrews new address as follows: P.O. Box 1030 Loxley, AL. 36551-1030. Please send all and any foregoing mail to this address.

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of this motion has been served by placing same in the prison mailbox, first class postage prepaid and thusly addressed:

Sherrer, Jones & Terry, P.C.                Rushton, Stakely, Johnston & Garrett, P.A.
Attorneys at Law                            Attorneys at Law
335 West Main Street                        184 Commerce Street
Dothan, AL  36301                           Montgomery, Alabama   36101-0270

Respectfully Submitted,

_Lloyd A. Andrews_                           May 5, 2008
Lloyd Anthony Andrews
AIS # 244784  B-3 13-B
ADOC WR CHILDERSBURG
Childersburg WR / CWC
P.O. Box 368
Childersburg, AL  35044-0368

Lloyd M. Andrews, Jr.
#244784 G-43A
P.O. Box 1030
Bay Minette, Alabama
36507-1030

United States District Court
Office of the Clerk
P.O. Box 711
Montgomery, Alabama 36101-0711

*Legal Mail*

[Postmark: MOBILE AL 366, 05 MAY 2008 PM 2 T; "LET US DARE TO READ, THINK, SPEAK" John Adams; FIRST-CLASS FOREVER stamp]