IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| LLOYD ANTHONY ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:07cv856-MHT |
| | ) | (WO) |
| SOUTHERN COURT TRANSPORT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation for pro tanto dismissal (doc. no. 47), it is the ORDER, JUDGMENT, and DECREE of the court that defendants Southern Court Transport, Ricky Stokes, T.B. Snell and the claims against them are dismissed with prejudice. The case is still pending as to the remaining defendants.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of March, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE