IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LLOYD ANTHONY ANDREWS, AIS #244784,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HOUSTON COUNTY AND SHERIFF OF HOUSTON COUNTY,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO.<br>)　1:07-CV-856-MHT<br>)　　　[WO]<br>)<br>)<br>)<br>) |

# OPINION

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on April 22, 2010, that the motions for summary judgment filed by defendants Houston County and Sheriff of Houston County be granted; judgment be granted in favor of defendants Houston County and Sheriff of Houston County; and the costs of this proceeding be taxed against the plaintiff. After a review of the recommendation, to which plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of May, 2010.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE